IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JUDGE BRIEANT

07 CV 11469

| | |
|---|---|
| MONROE MOTOR CARS, LLC, a New York Limited Liability Company,<br><br>*Plaintiff,*<br><br>- against-<br><br>GENERAL MOTORS CORPORATION<br><br>*Defendant.* | CIVIL ACTION NO. |



## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, General Motors Corporation states that it has no parent corporations. The following publicly held company beneficially owns more than 10% of General Motors Corporation's stock:

State Street Bank and Trust Company[1]

Dated: New York, New York
December 20, 2007

LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO

BY: _____
Timothy J. McHugh (3393)
420 Lexington Avenue
Graybar Building
Suite 2900
New York, NY  10170
Telephone No. (212) 319-6898
Facsimile No. (212) 319-6932
E-mail: tmchugh@lavin-law.com

---

[1] Acting in various fiduciary capacities for various employee benefit plans.

Of Counsel:

Joseph E. O'Neil
John J. O'Donnell
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA  19106
Telephone Nos.:  (215) 351-7901
                  (215) 351-7936
Facsimile Nos.  (215) 351-3086
                  (215) 351-3085
E-mail:  joneil@lavin-law.com
           jodonnell@lavin-law.com

Attorneys for Plaintiff
General Motors Corporation

TO:    Jed S. Freeman
          The Margolis Law Firm LLC
          5 Becker Farm Road
          P.O. Box 420
          Roseland, New Jersey, 07068
          (973) 239-3000