## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                                                  )    ss.:
COUNTY OF NEW YORK     )

    Janice Conquet, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Bronx County, New York.

    On December 21, 2007, deponent served the within Notice of Removal upon:

Jed S. Freeman
The Margolis Law Firm LLC
5 Becker Farm Road
P.O. Box 420
Roseland, NJ  07068

at the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                               /s/
                                              Janice Conquet

Sworn to before me this
21st day of December, 2007

    /s/
Notary Public

TIMOTHY J. MCHUGH
Notary Public, State of New York
No. 02MC506248
Qualified in Suffolk County
Commission Expires July 1, 2010