**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            )
                             )   ss.:
COUNTY OF NEW YORK           )

  Janice Conquet, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in Bronx County, New York.

  On December 21, 2007, deponent served the within Notice of Filing Notice of Removal upon:

Jed S. Freeman
The Margolis Law Firm LLC
5 Becker Farm Road
P.O. Box 420
Roseland, NJ  07068

at the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

          /s/
         Janice Conquet

Sworn to before me this
21st day of December, 2007

  /s/
Notary Public

TIMOTHY J. MCHUGH
Notary Public, State of New York
No. 02MC506248
Qualified in Suffolk County
Commission Expires July 1, 2010