**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Monroe Motor Cars, LLC                                    7:07-cv-11469

        Plaintiff,                              MOTION TO ADMIT COUNSEL

-against-                                                 PRO HAC VICE

General Motors Corporation

        Defendant.

---

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Timothy J. McHugh, a member in good standing of the bar of this Court, hereby move of an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | John J. O'Donnell |
| Firm Name: | Lavin, O'Neil, Ricci, Cedrone & DiSipio |
| Address: | 190 North Independence Mall West<br>6th & Race Streets, Suite 500 |
| City/State/Zip: | Philadelphia, Pennsylvania 19106 |
| Phone Number: | (215) 351-7936 |
| Fax Number: | (215) 351-3085 |

John J. O'Donnell is a member in good standing of the Bar of the State of Pennsylvania

---

There are no pending disciplinary proceedings against John J. O'Donnell in any State or Federal court.

Dated:     January 11, 2008
City, State:     New York, New York

Respectfully submitted,

Sponsor:     Timothy J. McHugh
SDNY Bar:     TM3393
Firm Name:     Lavin, O'Neil, Ricci, Cedrone & DiSipio
Address:     420 Lexington Avenue, Suite 2900
City/State/Zip:     New York, New York 10170
Phone No:     (212) 319-6898
Fax No.:     (212) 319-6932

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Monroe Motor Cars, LLC
           Plaintiff,

-against-

General Motors Corporation
           Defendant.

7:07-cv-11469

AFFIDAVIT OF TIMOTHY J. McHUGH
IN SUPPORT OF MOTION TO ADMIT
COUNSEL PRO HAC VICE

---

State of New York    )
                           ) SS:
Count of New York   )

Timothy J. McHugh, being duly sworn and deposes and says as follows:

1. I am a shareholder at Lavin, O'Neil, Ricci, Cedrone & DiSipio, counsel for Defendant, General Motors Corporation in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit John J. O'Donnell as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the (State of New York), and was admitted to practice on April 26, 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known John J. O'Donnell since 1998.

4. Mr. O'Donnell is a shareholder at Lavin, O'Neil, Ricci, Cedrone & DiSipio in Philadelphia, Pennsylvania.

5. I have found Mr. O'Donnell to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of John J. O'Donnell, pro hac vice.

7. I respectfully submit a proposed order granting the admission of John J. O'Donnell, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit John J. O'Donnell, pro hac vice, represent Plaintiff in the above captioned matter, be granted.

Dated:         January 11, 2008
City, State:   New York, New York

Sworn to and subscribed
before me this _11th_ day
of January, 2008
_____
Notary Public
My Commission Expires:

Respectfully submitted,
_____
Timothy J. McHugh
SDNY Bar Code: TM3393

ARTHUR F. DEL PRINCIPE
Notary Public State of New York
No. 02DE6139458
Qualified in Bronx County
Commission Expires January 9, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Monroe Motor Cars, LLC     7:07-cv-11469

           Plaintiff,     **ORDER FOR ADMISSION**
                                                               **PRO HAC VICE**
-against-     **ON WRITTEN MOTION**

General Motors Corporation

           Defendant.

Upon the motion of Timothy J. McHugh, attorney for Defendant, General Motors Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | John J. O'Donnell |
| Firm Name: | Lavin, O'Neil, Ricci, Cedrone & DiSipio |
| Address: | 190 North Independence Mall West<br>6th & Race Streets, Suite 500 |
| City/State/Zip: | Philadelphia, PA  19106 |
| Telephone/Fax: | (215) 351-7936/(215) 351-3085 |
| Email Address: | jodonnell@lavin-law.com |

is admitted to practice pro hac vice as counsel for Defendant, General Motors Corporation, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
City/State:     New York, New York

                                               _____
                                               United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Monroe Motor Cars, LLC                                    7:07-cv-11469

       Plaintiff,

-against-                                                 **PROOF OF SERVICE**

General Motors Corporation

       Defendant.

---

The undersigned states that a copy of the foregoing Motion for Admission Pro Hac Vice of on behalf of defendant, General Motors Corporation, was served via Regular, First Class Mail on the date below upon the following:

**Jed S. Freeman, Esquire**
**The Margolis Law Firm LLC**
**5 Becker Farm Road**
**P.O. Box 420**
**Roseland, New Jersey 07068**
**(973) 239-3000**

Dated: January 11, 2008
      New York, New York

                                      LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO

                                      By:_____
                                          Timothy J. McHugh
                                          SDNY Bar No.: TM3393
                                          420 Lexington Avenue, Suite 2900
                                          Graybar Building
                                          New York, New York, 10170
                                          (212) 319-6898



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*John Joseph O'Donnell, Esq.*

**DATE OF ADMISSION**

*November 6, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: January 9, 2008

Patricia A. Johnson
Chief Clerk