# THE MARGOLIS LAW FIRM LLC

ATTORNEYS AT LAW
FIVE BECKER FARM ROAD
P.O. BOX 420
ROSELAND, NEW JERSEY 07068
(973) 239-3000
FAX (973) 758-6193

E-MAIL: rmsimon@mgm-lawfirm.com

67 WALL STREET, 22nd FLOOR, #5001
NEW YORK, NEW YORK 10005-3198
(212) 859-5001 · FAX (212) 943-2300

*Please reply to Roseland Office*

ROBERT M. SIMON
MEMBER NJ, NY & DC BARS
ATTORNEY AT LAW

January 29, 2008

The Honorable Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
Room 275
White Plains, New York 10601

*[Handwritten: MEMO ENDORSED — Application Granted — So Ordered. Jan 30, 2008. Charles L. Brieant, USDJ]*

Re: **Monroe Motor Cars, LLC v. General Motors Corporation**
Civil Action No.: 07-CV-11469

Dear Judge Brieant:

This law firm represents plaintiff, Monroe Motors, LLC, in the above matter. Defendant, General Motors Corporation has filed a motion to compel arbitration and dismiss the complaint, with a present return date of Friday, February 8, 2008.

We respectfully request a 3 (three) week adjournment of this return date to the new return date of **Friday, February 29, 2008**. I have spoken to Timothy J. McHugh, Esq. [(212) 415-8202] of Lavin O'Neil, Esqs., et als., attorneys for defendant. Mr. McHugh consents to this adjournment. Please confirm whether this request is granted. Thank you.

Respectfully,

ROBERT M. SIMON

RMS:rms
cc: Timothy J. McHugh, Esq.