# LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO

ATTORNEYS AT LAW

SUITE 500
190 NORTH INDEPENDENCE MALL WEST
6TH & RACE STREETS
PHILADELPHIA, PA 19106

(215) 627-0303

FAX: (215) 627-2551

WWW.LAVIN-LAW.COM

NEW YORK OFFICE
420 LEXINGTON AVENUE
GRAYBAR BUILDING
SUITE 2900
NEW YORK, NY 10170
(212) 319-6898

FAX: (212) 319-6932

WRITER'S DIRECT DIAL NUMBER
(215) 351-7936

NEW JERSEY OFFICE
1300 ROUTE 73
SUITE 307
MT. LAUREL, NJ 08054
(856) 778-5544

FAX: (856) 793-0237

WRITER'S E-MAIL ADDRESS
JODONNELL@LAVIN-LAW.COM

February 25, 2008

**Via Fax Only - (914) 390-4085**

The Honorable Charles L. Brieant, U.S.D.J.
United States Courthouse
Southern District of New York
300 Quarropas Street
Room 275
White Plains, NY 10601

Attention: Ms. Alice Cama

MEMO ENDORSED — Application Granted — to Adjourn — 2/26/08  /s/ Charles L. Brieant USDJ

RE: Monroe Motor Cars, LLC v. General Motors Corporation
    Civil Action No. 07-CV-11469

Dear Ms. Cama:

This law firm represents defendant, General Motors Corporation ("GM"), in the above-referenced matter. This will confirm our telephone conversation of today in which I advised that the matter has settled and the parties are in the process of circulating the settlement documents for review, approval and execution. Currently, the Court has scheduled a hearing on GM's Motion to Compel Arbitration for February 29, 2008 and a Rule 16 Scheduling Conference for March 7, 2008. We respectfully request that the Court adjourn the hearing and conference until March 14, 2008 to give the parties the opportunity to circulate, execute and file the appropriate

**LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**

The Honorable Charles L. Brieant
February 25, 2008
Page 2

settlement documents which would obviate the need for the hearing and conference. I have spoken to opposing counsel, Martin Margolis and he consents to this adjournment. Thank you for your consideration of this request.

Respectfully,

*John J O'Donnell*

JOHN J. O'DONNELL

JJO/rar
cc: Martin Margolis, Esquire (via facsimile)
Robert Simon, Esquire (via facsimile)