IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONROE MOTOR CARS, LLC : | CIVIL ACTION NO.:07 CV 11469 |
| *Plaintiff,* : | |
| : | **JUDGE BRIEANT** |
| v. : | |
| GENERAL MOTORS CORPORATION : | |
| *Defendant.* : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER

Pursuant to Federal Rule of Civil Procedure 41(a) on this __11th__ day of ~~February~~ MARCH, 2008, plaintiff, Monroe Motors Cars, LLC and defendant, General Motors Corporation, through their undersigned counsel, hereby stipulate that this matter is dismissed with prejudice, each party to bear their own costs.

_____
Martin Margolis
Robert M. Simon
The Margolis Law Firm LLC
67 Wall Street
22nd Floor, # 5001
New York, NY 10005
Tel No.: (212) 359-5001

Attorney for Plaintiff

SO ORDERED March 12, 2008
_____
Honorable Charles L. Brieant
USDJ

_____
Timothy J. McHugh (3393)
Lavin, O'Neil, Ricci, Cedrone & DiSipio
420 Lexington Avenue
Graybar Building
Suite 2900
New York, NY 10170
Tel No.: (212) 319-6898
Fax No.: (212) 319-6932

Of Counsel:

Joseph E. O'Neil
John J. O'Donnell
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
Tel No.: (215) 351-7936
Fax No.: (215) 351-3085

Attorneys for Defendant,
General Motors Corporation

# LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO

A PROFESSIONAL CORPORATION INCORPORATED IN THE COMMONWEALTH OF PENNSYLVANIA

PENNSYLVANIA OFFICE
SUITE 500
190 NORTH INDEPENDENCE MALL WEST
6TH & RACE STREETS
PHILADELPHIA, PA 19106
(215) 627-0303

FAX: (215) 627-2551

WRITER'S DIRECT DIAL NUMBER
(212) 415-8202

ATTORNEYS AT LAW
420 LEXINGTON AVENUE
GRAYBAR BUILDING
SUITE 2900
NEW YORK, NY 10170
(212) 319-6898

FAX: (212) 319-6932
WWW.LAVIN-LAW.COM

NEW JERSEY OFFICE
1300 ROUTE 73
SUITE 307
MT. LAUREL, NJ 08054
(856) 778-5544

FAX: (856) 793-0207

WRITER'S E-MAIL ADDRESS
TMCHUGH@LAVIN-LAW.COM

March 11, 2008

**_Via Facsimile 914-390-4085_**
Judge Charles L. Brieant
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

    RE:    Monroe Motor Cars, LLC v. General Motors Corporation
             Docket No. 07civ11469
             Our File No. 7609-2100E

Honorable Sir:

    In furtherance of the settlement in the above-referenced matter, enclosed for your signature and filing is the executed Stipulation of Dismissal with Prejudice.

                          Respectfully submitted,

                          Timothy J. McHugh

TJM/jde
Enclosure
cc:   **_Via Facsimile 973-758-6193_**
      Robert Simon, Esq.
      The Margolis Law Firm LLC
      5 Becker Farm Road
      P.O. Box 420
      Roseland, New Jersey 07068